IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Shiyan Jiang, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:17-CV-00739-RP |
| | § | |
| Texas Commission on Environmental | § | |
| Quality; and Kim Wilson, individually | § | |
| and in her capacities as Director of | § | |
| Water Availability, | § | |
| | § | |
| *Defendants.* | § | |

## DEFENDANTS' NOTICE OF APPEARANCE

Defendants Texas Commission on Environmental Quality and Kim Wilson, individually and in her capacity as Director of Water Availability (collectively, Defendants) respectfully submits this Notice of Appearance and would show the Court as follows:

Counsel and attorney-in-charge on behalf of Defendants in this matter is Michael Abrams, Assistant Attorney General in the General Litigation Division. Defendants hereby notify the Court that Ms. Cristina M. Moreno, Assistant Attorney General, will appear as co-counsel and Mr. Abrams remains lead counsel and Attorney-in-Charge.

## PRAYER

Defendants the Texas Commission on Environmental Quality and Kim Wilson, individually and in her capacity as Director of Water Availability requests that the Court notice Assistant Attorney General Cristina M. Moreno as co-counsel for Defendants in the above-styled and numbered cause of action.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES DAVIS
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Acting Chief - General Litigation

*/s/  Cristina M. Moreno*
MICHAEL R. ABRAMS
Texas Bar No. 24087072
CRISTINA M. MORENO
Texas Bar No. 24105023
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2120
Fax: 512-320-0667
Michael.Abrams@oag.texas.gov
Cristina.Moreno@oag.texas.gov

***Counsel for Defendants***

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document has been served through the Court's electronic filing system and via electronic mail on September 6, 2018:

Colin Walsh
WILEY WALSH PC
1011 San Jacinto Blvd, Ste 401
Austin TX 78701
colin@wileywalsh.com

                                            */s/  Cristina M. Moreno*
                                            CRISTINA M. MORENO